IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

**FILED**
MAR 3 0 2007
ROBERT D. DENNIS, CLERK
U.S. DIST. COURT, WESTERN DIST. OF OKLA
BY _____ , DEPUTY

| | |
|---|---|
| SUSANNE WEINBERGER, Ph.D., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. CIV-06-67-C |
| ) | |
| STATE OF OKLAHOMA, ex rel., ) | |
| THE BOARD OF REGENTS OF ) | |
| OKLAHOMA AGRICULTURAL AND ) | |
| MECHANICAL COLLEGES, a ) | |
| constitutional state agency, ) | |
| ) | |
| Defendant. ) | |

## VERDICT FORM

We, the jury, duly empaneled and sworn in the above entitled cause, do, upon our oaths, find as follows:

1. On the claim that the Plaintiff's non-reappointment was motivated by her sex, we find:

    _____   For the Plaintiff, Susanne Weinberger

    __X__   For the Defendant, The Board of Regents of Oklahoma Agricultural and Mechanical Colleges

    If you found for the Plaintiff in question 1, complete question 2 and sign the verdict form. If you found for the Defendant in question 1, skip question 2 and sign the verdict form.

2. We award the Plaintiff, Susanne Weinberger, damages in the amount of: _____.

03/30/2007
Date

Morgan Elizabeth M'Cown
Presiding Juror