IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

SUSANNE WEINBERGER, Ph.D.

Plaintiff

vs.

STATE OF OKLAHOMA, ex rel.,
THE BOARD OF REGENTS OF
OKLAHOMA AGRICULTURAL AND
MECHANICAL COLLEGES, a
constitutional state agency,

Defendant

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CIV-06-67-C

<u>XXX</u>   **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

____  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment be, and hereby is, awarded to the Defendant State of Oklahoma, ex rel., The Board of Regents of Oklahoma Agricultural and Mechanical Colleges, and against plaintiff Susanne Weinberger, Ph.D.

 April 2, 2007
Date

    ROBERT D. DENNIS    
Court Clerk

    s/ Linda Goode    
(by) Deputy Clerk